# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2021

162314

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SHAUN BLACK, Ph.D.,
          Plaintiff-Appellant,

v

SC: 162314
COA: 350701
Macomb CC: 2019-001558-CD

PIPER BOGNAR,
          Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 22, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021



t0628

Clerk